**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

| | | |
|---|---|---|
| **GLORIOUS COMPANY** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2:11CV162-P-V** |
| | ) | |
| **SPARKLE FIREWORKS, INC.** | ) | |
| ***d/b/a/* ORBIT FIREWORKS,** | ) | |
| **JERRY W. WINDHAM, AND** | ) | |
| **P. KEITH THURMOND** | ) | |
| **Defendants.** | ) | |

**AGREED ORDER GRANTING LEAVE TO AMEND COMPLAINT**

The Court has before it, *ore tenus*, the motion of Plaintiff Glorious Company, for leave to amend the Complaint against Defendants Sparkle Fireworks, Inc. d/b/a Orbit Fireworks, Jerry W. Windham and P. Keith Thurmond. Although the Defendants do not admit any allegations contained in the proposed amended complaint, they do not object to the instant motion. Accordingly, the Plaintiff is granted leave to file its amended complaint in the form attached as Exhibit "A" hereto within **7** days of this date.

SO ORDERED, this the 13th day of September, 2011.


/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE

AGREED TO:


/s/ J. Hale Freeland
J. Hale Freeland, MSB No. 5525
FREELAND SHULL, PLLC
405 Galleria Lane, Suite C
Post Office Box 2249
Oxford, Mississippi  38655
662.234.1711
662.234.1739 – fax
hale@freelandshull.com

COUNSEL FOR PLAINTIFF


/s/ B. Sean Akins (with permission JHF)
B. Sean Akins
AKINS & ADAMS, P. A.
108 E. Jefferson Street
Ripley, Mississippi  38663
sean@akinsadams.com
662.837.9976